Courtesy Copy

Sept. 29, 2005

**UNITED STATATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**UNITED STTES OF AMERICA**

Your Honorable: **John Gleeson, US.D.J.**

Ref: **CR02-747-15 (JG)**

*Granted. The passport shall be returned.*

*So ordered*

Dear Sir,

s/John Gleeson

I, the undersigned, **Anaam Adel Mosleh**, Residing at: 7206 3rd Ave, Apt# 2, Brooklyn, NY 11209, do hereby state that I completed the probation term with Eastern district of New York, on May 13, 2005, and now I'm looking to get back my passport, but I have been told I need an order from you to release my passport from:

10-4-05

  **Clerk of the United States District Court
  Northern District of California
  280 South First Street, Room 2112
  San Jose, California 95113**

Kindly I request a release order in order to enable me to get back my passport.

Sincerely,

**Anaam Adel Mosleh**
7206 3rd Ave, Apt# 2
Brooklyn, NY 11209

RECEIVED OCT 4 2005 CHAMBERS OF JUDGE GLEESON

FILED 2005 OCT -3 P 2: 23